

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Douglas Wayne Pillard, Appellant

No. 06-14-00015-CR        v.

The State of Texas, Appellee

Appeal from the County Criminal Court No 1 of Tarrant County, Texas (Tr. Ct. No. 1302247). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating. Concurring Opinion by Justice Carter.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Douglas Wayne Pillard, pay all costs of this appeal.

RENDERED AUGUST 14, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk